AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:37 am, Jan 14, 2021
JEFFREY P. COLWELL, CLERK

United States of America
v.
Klete Derik Keller

*Defendant*

)
)
)
)
)
)
)

COLORADO CASE # 21-mj-00009-MEH

Case: 1:21-mj-00042
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Klete Derik Keller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 231(a)(3)- Obstructing Law Enforcement Engaged In Official Duties Incident to Civil Disorder

18 U.S.C. 1752 (a)(1)&(2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)(E)&(G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   01/13/2021

Robin M. Meriweather
2021.01.13 10:51:08 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |