# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:21-mj-00009-MEH

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**KLETE DERIK KELLER,**

    Defendant

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel hereby moves to withdraw his Notice of Appearance filed in the above-referenced matter. For purposes of today's hearing, Mr. Keller will be represented by the office of the Public Defender.

| | |
|---|---|
| January 14, 2021 | /s/ Danny Onorato<br>Danny C. Onorato<br>Schertler Onorato Mead & Sears, LLP<br>901 New York Avenue, NW, Suite 500W<br>Washington, DC 20001<br>202-628-4199<br>donorato@schertlerlaw.com |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw Appearance was, this 14th day of January, 2021, was filed and served via ECF.

                                                  _____
                                                  Danny C. Onorato