PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

☑ **Original Notice**
**Date:** 01/15/2021
**By:** s/ A. García Gallegos

☐ **Notice of Disposition**
**Date:**
**By:**

**Defendant:** Klete Derik Keller
**Date of Birth:** ▇▇▇▇ 1982
**SSN:**

**Case Number:** 21-mj-00009-MEH
**Place of Birth:** Nevada, USA

**Notice of Court Order** (Order Date: 01/14/2021)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 532340470 and/or passport card number _____ to the custody of the U.S. District Court on 01/15/2021.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court